**Hearing Date: December 9, 2013 at 10:00 a.m.**
**Objection Deadline: December 2, 2013**

**DUANE MORRIS LLP**
1540 Broadway
New York, NY 10036-4086
Telephone: (212) 692-1000
Fax: (212) 692-1020
Gerard S. Catalanello, Esq.
*Attorneys for Defendant, Counterclaimant and*
*Third-Party Plaintiff, Philip Christopher*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PERSONAL COMMUNICATIONS DEVICES, LLC, et al.,<br><br>     Debtors. | Chapter 11<br>(Jointly Administered)<br><br>Case No. 13-74303 (AST) |
| PERSONAL COMMUNICATIONS DEVICES, LLC,<br>     Plaintiff,<br> v.<br>PHILIP CHRISTOPHER and KOSTAS KASTAMONITIS,<br>     Defendants,<br> v.<br>JONATHAN STEARNS, PINEBRIDGE DIRECT INVESTMENTS LLC, PINEBRIDGE GLOBAL INVESTMENTS, and PINEBRIDGE INVESTMENTS LLC,<br><br>     Third-Party Defendants. | Adv. Pro. No. 13-08173 (AST) |

**NOTICE OF HEARING REGARDING MOTION OF DEFENDANT, COUNTERCLAIMANT, AND THIRD-PARTY PLAINTIFF PHILIP CHRISTOPHER FOR REMAND PURSUANT TO 28 U.S.C. § 1452(b) AND RULES 9027(d) <u>AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE</u>**

  **PLEASE TAKE NOTICE** that, on October 28, 2013, Defendant, Counterclaimant and

Third-Party Plaintiff Philip Christopher ("<u>Christopher</u>"), filed a motion seeking entry of an order

pursuant to 28 U.S.C. § 1452(d) and Rules 9027(d) and 9014 of the Federal Rules of Bankruptcy Procedure, remanding the above-captioned action to the Supreme Court of the State of New York, Suffolk County (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Hearing") with respect to the Motion will be held on **December 9, 2013, at 10:00 a.m.**, before the Honorable Alan S. Trust, United States Bankruptcy Judge, at the United States Bankruptcy Court, Eastern District of New York, 290 Federal Plaza, Courtroom 960, Central Islip, New York 11722 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, any responses or objections to the relief requested in the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Rules of the Bankruptcy Court (the "Local Bankruptcy Rules"), and shall be filed with the Bankruptcy Court electronically by registered users of the Bankruptcy Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at www.nyeb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties in interest, on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), Wordperfect or any other Windows-based word processing format (in either case, with a hard-copy delivered directly to Judge Trust's Chambers), and shall be served upon: (a) the undersigned counsel to Christopher; (b) counsel of record for all other parties to the above-captioned adversary proceeding; (c) the Office of the United States Trustee for the Eastern District of New York, 560 Federal Plaza, Central Islip, NY 11722-4437; and (d) all persons and entities that have formally requested notice by filing a written request for notice, pursuant to Bankruptcy Rule 2002 and the Local Bankruptcy Rules, so as to be actually received by **no later than December 2, 2013**.

Dated: New York, New York
      October 28, 2013

                             **DUANE MORRIS LLP**

By:   */s/ Gerard S. Catalanello*
       Gerard S. Catalanello
       William C. Heuer
       1540 Broadway
       New York, NY 10036-4086
       Telephone: 212.692.1000
       *gcatalanello@duanemorris.com*
       *wheuer@duanemorris.com*

       *-and-*

       Hon. Ira B. Warshawsky, Esq.
       Alan E. Marder, Esq.
       Meyer, Suozzi, English & Klein, P.C.
       990 Stewart Avenue
       Garden City, New York 11530
       Telephone: 516.592.6565
       Fax: 516.741.6706
       *iwarshawsky@msek.com*
       *amarder@msek.com*

       *Attorneys for Defendant, Counterclaimant,*
       *Third-Party Plaintiff Philip Christopher*

       .