UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PERSONAL COMMUNICATIONS DEVICES,<br>LLC, et al.,<br><br>                   Debtors. | Chapter 11<br>(Jointly Administered)<br><br>Case No. 13-74303 (AST) |

| | |
|---|---|
| PERSONAL COMMUNICATIONS<br>DEVICES, LLC,<br>                  Plaintiff,<br>     v.<br><br>PHILIP CHRISTOPHER and KOSTAS<br>KASTAMONITIS,<br>                  Defendants,<br>     v.<br><br>JONATHAN STEARNS, PINEBRIDGE<br>DIRECT INVESTMENTS LLC, PINEBRIDGE<br>GLOBAL INVESTMENTS, and PINEBRIDGE<br>INVESTMENTS LLC,<br><br>             Third-Party Defendants. | Adv. Pro. No. 13-08173 (AST) |

**AMENDED STIPULATION AND AGREED ORDER
SCHEDULING HEARING AND ESTABLISHING BRIEFING
SCHEDULE REGARDING MOTION FOR REMAND PURSUANT TO
28 U.S.C. § 1452(b) AND RULES 9027(d) AND 9014 OF THE FEDERAL
RULES OF BANKRUPTCY PROCEDURE, AND RELATED RELIEF**

This agreed amended order (the "**Amended Scheduling Order**") regarding the

scheduling of a hearing and establishment of a briefing schedule regarding the *Motion for*

*Remand Pursuant to 28 U.S.C. § 1452(b) and Rules 9027(d) and 9014 of the Federal Rules of*

*Bankruptcy Procedure*, and related relief, is made as of the date below, by and between

defendant, counterclaimant and third-party plaintiff Philip Christopher ("**Christopher**"), plaintiff

Personal Communications Devices, LLC ("**PCD**"), defendant Kostas Kastamonitis

("**Kastamonitis**"), third party defendant Jonathan Stearns ("**Stearns**"), third party defendants

PineBridge Direct Investments LLC, PineBridge Global Investments LLC and PineBridge Investments LLC (collectively, "**PineBridge**") and the Official Committee of Unsecured Creditors (the "**Committee**") (Christopher, PCD, Kastamonitis, Stearns, PineBridge and the Committee are collectively referred to herein as the "**Parties**").

## RECITALS

**WHEREAS** on September 27, 2012, PCD commenced an action against Christopher and Kastamonitis in the Supreme Court of the State of New York, County of Suffolk, [Index No. 30060/12] (the "**State Court Action**");

**WHEREAS**, PCD's initial complaint was amended on two separate occasions, most recently by the filing of PCD's *Second Amended Complaint* on April 10, 2013;

**WHEREAS**, on June 21, 2013, Christopher filed his *Amended Answer, Affirmative Defenses and Counterclaims* in the State Court Action;

**WHEREAS**, before PCD or PineBridge filed their respective answers to Christopher's counterclaims, on August 19, 2013, PCD and its holding company, Personal Communications Devices Holdings, LLC (collectively, the "**Debtors**") commenced their chapter 11 bankruptcy cases in this Court;

**WHEREAS**, on September 18, 2013, PineBridge filed a *Notice of Removal*, removing the State Court Action to the United States District Court for the Eastern District of New York (the "**District Court**") on the ground that it is "related to" the Debtors' chapter 11 cases;

**WHEREAS**, this matter was then referred to this Court from the District Court, by way of an order entered by the District Court on October 23, 2013;

**WHEREAS** on October 28, 2013, Christopher filed the *Motion of Defendant, Counterclaimant and Third-Party Plaintiff Philip Christopher for Remand Pursuant to 28 U.S.C.*

*§ 1452(b) and Rules 9027(d) and 9014 of the Federal Rules of Bankruptcy Procedure* (the "**Remand Motion**") [Dkt. No. 2];

**WHEREAS** a hearing on the Remand Motion was initially scheduled for December 9, 2013 at 10:00 a.m.;

**WHEREAS** the Parties sought and obtained an adjournment of the hearing on the Remand Motion, and entered into a joint consensual scheduling order which provided an adjourned hearing date for the Remand Motion and established a briefing schedule regarding all objections to the Remand Motion, if any, Christopher's response thereto, as well as a deadline for all third party defendants to file their respective answers, in the event the Remand Motion is denied (the "**Initial Scheduling Order**");

**WHEREAS** at the request of the Committee, the Parties sought and obtained a further adjournment of the hearing on the Remand Motion, and have agreed to amend the Initial Scheduling Order in connection with the adjourned hearing date.

**NOW THEREFORE**, the Parties hereby stipulate and agree as follows:

1.      The deadline for PineBridge, PCD, Kastamonitis, Stearns and/or the Committee to file opposition and/or other responsive pleadings, if any, with respect to the Remand Motion (the "**Responses**") shall be filed and served no later than **February 11, 2014**.

2.      Christopher's reply, if any, to the Responses (the "**Christopher Reply**"), if any, shall be filed and served no later than **February 25, 2014**.

3.      The hearing to consider the Remand Motion, Responses and the Christopher Reply shall be held on **March 4, 2014 at 11:00 a.m.**, or as soon thereafter as counsel may be heard, at the United States Bankruptcy Court for the Eastern District of New York, Courtroom 2554, 271 Cadman Plaza East, Brooklyn, New York 11201.

4.      The time for PCD, Stearns and PineBridge to answer, move against, or otherwise

respond to Christopher's *Amended Answer, Affirmative Defenses and Counterclaims* is extended

through and until the <u>later</u> of **(i) April 4, 2014, or (ii) twenty (20) days from the date of entry**

**of an order adjudicating the Remand Motion.**

Agreed to and accepted:

Dated: New York, New York                   **DUANE MORRIS LLP**
       January 9, 2014

                       By:  */s/ Gerard S. Catalanello*
                             Gerard S. Catalanello

                     1540 Broadway
                     New York, NY 10036-4086
                     Telephone: 212.692.1000
                     Fax: 212.692.1020
                     *gcatalanello@duanemorris.com*

                     *Attorneys for Defendant, Counterclaimant and*
                     *Third-Party Plaintiff, Philip Christopher*

Dated: New York, New York.          **GOODWIN PROCTER LLP**
   January 17, 2014


By: */s/ Jordan D. Weiss*
    John O. Farley
    Richard Strassberg
    Jordan D. Weiss

620 Eighth Avenue
New York, NY 10018
Telephone: 212.813.8800
Fax: 212.355.3333
*jfarley@goodwinprocter.com*
*rstrassberg@goodwinprocter.com*
*jweiss@goodwinprocter.com*

*Attorneys for Plaintiff,*
*Personal Communications Devices, LLC*


Dated: New York, New York.          **PERKINS COIE LLP**
   January 9, 2014


By: */s/ Tina N. Moss*
    Schuyler G. Carroll
    Barry J. Reingold
    Tina N. Moss

30 Rockefeller Plaza, 22nd Floor
New York, NY 10012
Telephone: 212.262.6900
Fax: 212.977.1649
scarroll@perkinscoie.com
breingold@perkinscoie.com
tmoss@perkinscoie.com

*Attorneys for the*
*Official Committee of Unsecured Creditors*

Dated: Uniondale, New York.          **WESTERMAN BALL EDERER MILLER**
      January 10, 2014                    **& SHAFSTEIN**

                                 By:   */s/ Richard Francis Harrison*
                                      Richard Francis Harrison

                                 1201 RXR Plaza
                                 Uniondale, NY 11556
                                 Telephone: 516.622.9200
                                 Fax: 516.622.9212
                                 *rharrison@westermanllp.com*

                                 *Attorneys for Defendant, Kostas Kastamonitis*

Dated: New York, New York.          **COHEN TAUBER SPIEVACK**
      January 10, 2014                    **& WAGNER P.C.**

                                   By:   */s/ Kara Gorycki*
                                        Kara Gorycki

                                 420 Lexington Avenue
                                 Suite 2400
                                 New York, NY 10170
                                 Telephone: 212.586.5800
                                 Fax: 212.586.5095
                                 *kgorycki@ctswlaw.com*

                                 *Attorneys for Third Party Defendant,*
                                 *Jonathan Stearns*

Dated: New York, New York.                    **AKIN GUMP STRAUSS HAUER & FELD LLP**
      January 15, 2014

                                  By:   */s/  Nancy Chung*
                                       Nancy Chung
                                       Christopher Michael Egleson
                                       Jessica Lee Oliff

                                One Bryant Park
                                New York, NY 10036
                                Telephone: 212.872.1000
                                Fax: 202.872.1002
                                *cegleson@akingump.com*
                                *nchung@akingump.com*
                                *joliff@akingump.com*

                                *Attorneys for PineBridge Direct Investments LLC,*
                                *PineBridge Global Investments and PineBridge*
                                *Investments LLC*



**Dated: January 23, 2014**                                  **Alan S. Trust**
**     Central Islip, New York**                **United States Bankruptcy Judge**